IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARMANDO OROZCO,<br><br>    Defendant. | No. CR 01-340-TUC-CKJ (JM)<br><br>**ORDER** |

On November 22, 2005, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation [Doc. # 77] in which she recommended this Court find that Defendant Armando Orozco violated the terms of his supervised release. The Report and Recommendation notified the parties that they had ten days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the Petition to Revoke Supervised Release, the transcript of the November 16, 2005, hearing, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 77] is ADOPTED;

2. The Court finds Defendant has violated the terms of his supervised release.

3. The Disposition Hearing is scheduled for February 27, 2006, at 9:15 a.m.

DATED this 20th day of December, 2005.

_____
Cindy K. Jorgenson
United States District Judge